IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA BAILEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI | : | NO: 21-2032 |

**JUDGMENT ORDER**

**AND NOW**, this 28th day of February 2022, it is hereby **ORDERED** that Judgment is entered in favor of Defendant, Kilolo Kijakazi.

BY THE COURT:

　_/s/ Carol Sandra Moore Wells_　
CAROL SANDRA MOORE WELLS
United States Magistrate Judge